Núm. 1299.—Acosta, peticionaria, *v.* TRIBUNAL DE APELACIÓN DE CONTRIBUCIONES, ETC., dmdo.; BUSCAGLIA, TES., interventor. Original. ▨▨▨▨ Julio 28, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Snyder.)

POR CUANTO, este caso fué decidido por el Tribunal de Apelación de Contribuciones de Puerto Rico a base del expediente que le fué entregado por la Junta de Revisión e Igualamiento;

POR CUANTO, el Tribunal de Apelación de Contribuciones no concedió una vista a la contribuyente para discutir su caso y en la decisión del mismo tomó en consideración un informe de un Inspector de Contribución sobre Ingresos que no fué presentado en evidencia en la vista ante la Junta de Revisión e Igualamiento y el cual era desconocido por la contribuyente;

Por tanto, visto el caso de *Mayagüez Sugar Co., Inc.* v. *Tribunal de Apelación de Contribuciones, etc., demandado, Rafael Buscaglia, Tesorero de P. R., interventor,* 60 D.P.R. 753, resuelto en julio 23, 1942, se revoca la decisión del Tribunal de Apelación de Contribuciones registrada en mayo 1, 1942 y se devuelve el caso a dicho tribunal para ulteriores procedimientos.

El Juez Asociado Sr. De Jesús no intervino.